NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WAYNE L. BRODERICK,                     )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D17-3886
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____)

Opinion filed March 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Wayne L. Broderick, pro se.



PER CURIAM.

          Affirmed.




LaROSE, C.J., and SILBERMAN and LUCAS, JJ., Concur.